**United States Bankruptcy Court**
**District of Colorado**

| IN RE: | Case No. _____ |
|---|---|
| **Castillo, Dorothy Ann** | Chapter **7** |
| Debtor(s) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ **1,600.00**

   Prior to the filing of this statement I have received ................................................... $ **1,600.00**

   Balance Due .............................................................................................. $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

   **Representation ends at the conclusion of the first meeting of creditors (341 meeting). Any matters arising after that which requires legal help will be billed at $175 per hour through this office or client has option of attaining other legal counsel.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation in Complaints, adversary proceedings, credit repair, appeals, Motions to Void Liens, and other extraordinary matters not anticipated at the time of filing as outlined in the file agreement.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **June 5, 2009** | **/s/ Bryan Sullivan** |
|---|---|
| Date | **Bryan Sullivan 33942**<br>**Sullivan Law Practice, P.C.**<br>**426 S Lincoln St**<br>**Denver, CO 80209**<br>**(303) 955-3080  Fax: (303) 955-3081**<br>**bryan@sullivanlawpractice.com** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only