**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                                  Case No. **09-20960**

**Castillo, Dorothy Ann**                                                   Chapter **7**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Voluntary Petition and 2008 tax returns**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **5th** day of **June** , **2009** .

                                                                            */s/ Bryan Sullivan*
                                                                            **Bryan Sullivan 33942**
                                                                            **Sullivan Law Practice, P.C.**
                                                                            **426 S Lincoln St**
                                                                            **Denver, CO  80209**
                                                                            **(303) 955-3080  Fax: (303) 955-3081**
                                                                            **bryan@sullivanlawpractice.com**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**David E. Lewis, Esq.**
**1314 Main Street #102**
**Louisville, CO  80027**