(COB #215 voreliefstay)(12/05)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Michael E. Romero

In re:

    Dorothy Ann Castillo

Debtor(s)

Case No.:    09−20960−MER
Chapter:    7

SSN/TID Nos.    xxx−xx−3197

### ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

A motion for relief from stay, Document No.10 ,("Motion"), has been filed in the above captioned case. Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

ORDERED that relief from stay is GRANTED to the Movant named in the Motion to proceed to foreclose on and/or take possession and control of the property described in the Motion; and it is

FURTHER ORDERED that Movant is authorized to attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

FURTHER ORDERED that this Order is not stayed by Fed. R. Bankr. P. 4001(a)(3).

Dated:  7/29/09

BY THE COURT:
s/ Michael E. Romero
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: smiths              Page 1 of 1           Date Rcvd: Jul 29, 2009
Case: 09-20960                Form ID: 215              Total Noticed: 1

The following entities were noticed by first class mail on Jul 31, 2009.
db           Dorothy Ann Castillo,   5546 S Simms Way,   Littleton, CO  80127-4534

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2009**             **Signature:**           *Joseph Speetjens*